1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PRIORITY RECORDS LLC, *et al.*,<br><br>                  Plaintiffs,<br>     v.<br><br>DOES 1 - 4,<br><br>                  Defendant. | Case No. C08-5020BHS-RSL<br><br>ORDER GRANTING LEAVE TO<br>TAKE IMMEDIATE DISCOVERY |

This matter comes before the Court on plaintiffs' "Motion for Leave to Take Expedited Discovery." Dkt. # 3. Having reviewed the application and the Declarations of Carlos Linares and Laurie J. Rust, it is hereby ORDERED that:

Plaintiffs' application is GRANTED. Plaintiffs may immediately serve a Rule 45 subpoena on Rondah Whitaker for deposition testimony and a computer forensic examination in order to identify each Doe defendant. Plaintiffs shall serve a copy of this order and the Rule 45 subpoena on both Ms. Whitaker and her counsel, Benjamin Justus. Plaintiffs may also serve immediate discovery on individuals identified by Ms. Whitaker as persons who used her computer between January 2006 and February 2007.

If, upon receipt of the Rule 45 subpoena, Rondah Whitaker or the other individuals identified object to the subpoena, the recipients of the subpoena shall preserve the information plaintiffs seek until the Court rules on the objections.

ORDER GRANTING LEAVE TO
TAKE IMMEDIATE DISCOVERY

1  Any information disclosed to plaintiffs in response to the Rule 45 subpoena may
2  be used by plaintiffs solely for the purpose of protecting plaintiffs' rights under the Copyright
3  Act.

4
5  Dated this 6th day of March, 2008.

6  *[signature]*
7  Robert S. Lasnik
   United States District Judge

ORDER GRANTING LEAVE TO
TAKE IMMEDIATE DISCOVERY            -2-